UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 26-00198-SK                                      Date: February 10, 2026

Title       Bettie Lorraince Brown v. Safeco et al

Present:  The Honorable:  Steve Kim, United States Magistrate Judge

|                Connie Chung                |                        n/a                        |
| :----------------------------------------: | :-----------------------------------------------: |
|                Deputy Clerk                |              Court Reporter / Recorder             |
|     Attorneys Present for Plaintiff(s):     |      Attorneys Present for Defendant(s):      |
|                None present                |                  None present                 |

**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

The instant case was removed to the U.S. District Court on **January 8, 2026**. A response to the complaint is due 21 days after receiving a copy of the initial pleading, 21 days after being served with the summons, or 7 days after the notice of removal is filed. See Rule 81 of the Federal Rules of Civil Procedure.

It appears a response from Defendant has not been filed. Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing on or before **February 24, 2026** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Plaintiff's/Defendant's response.

The Court will consider the following a satisfactory response to the Order to Show Cause:

- o  An answer by Defendant General Insurance Company of America

- o  Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure as to Defendant General Insurance Company of America

IT IS SO ORDERED.